United States District Court
Southern District of Texas
**ENTERED**
May 24, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHANEL E.M. NICHOLSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-2624 |
| | § | |
| W.L. YORK, INC. d/b/a COVER GIRLS, et al., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

This Court granted Defendants D WG FM, Inc., d/b/a Splendor ("Splendor") and W.L. York, Inc., d/b/a Cover Girls' ("Cover Girls") (collectively, "Defendants") Motion for Summary Judgment (Doc. No. 61). For the reasons set forth in the Court's Order granting summary judgment, this case is **DISMISSED** with prejudice.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

Signed at Houston, Texas, this ___ day of May, 2023.

Andrew S. Hanen
United States District Judge